```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 30004
   KAREN JONES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

      Debtor
   SSN XXX-XX-5073

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 08/01/2005 and was confirmed 11/16/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was paid in full 12/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
STANDARD FEDERAL BANK      CURRENT MORTG         .00            .00           .00
STANDARD FEDERAL BANK      MORTGAGE ARRE      700.23            .00        700.23
KROPIK PAPUGA & SHAW       NOTICE ONLY     NOT FILED            .00           .00
DRIVE FINANCIAL SERVICES   SECURED           8370.49         687.66       8370.49
DRIVE FINANCIAL SERVICES   UNSECURED       NOT FILED            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          2135.49            .00       2135.49
A ALL FINANCIAL            UNSECURED       NOT FILED            .00           .00
AMERICASH LOANS LLC        UNSECURED         395.63             .00        395.63
AMERICASH LOANS LLC        UNSECURED        1131.11             .00       1131.11
CITY OF CHICAGO PARKING    UNSECURED         510.00             .00        510.00
GE CAPITAL                 FILED LATE       6880.00             .00           .00
MAJESTIC STAR CASINO       UNSECURED       NOT FILED            .00           .00
CERTEGY PAYMENT RECOVERY   NOTICE ONLY     NOT FILED            .00           .00
NATIONAL QUICK CASH        UNSECURED         870.00             .00        870.00
NICOR GAS                  UNSECURED         226.62             .00        226.62
ILLINOIS LENDING PAY COR   UNSECURED         804.38             .00        804.38
VERIZON WIRELESS           UNSECURED       NOT FILED            .00           .00
PAYDAY LOAN STORE          NOTICE ONLY     NOT FILED            .00           .00
VILLAGE OF RIVERDALE       UNSECURED        1375.00             .00       1375.00
INTERNAL REVENUE SERVICE   UNSECURED         160.00             .00        160.00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT     194.00             .00        194.00
QC HOLDINGS INC            UNSECURED            .00             .00           .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                        1,200.06
DEBTOR REFUND              REFUND                                           711.33

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                22,172.00
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 30004 KAREN JONES

```
PRIORITY                                                      2,329.49
SECURED                                                       9,070.72
    INTEREST                                                    687.66
UNSECURED                                                     5,472.74
ADMINISTRATIVE                                                2,700.00
TRUSTEE COMPENSATION                                          1,200.06
DEBTOR REFUND                                                   711.33
                                   ---------------      ---------------
TOTALS                                   22,172.00            22,172.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/27/08                      /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE